IN RE STATE OF NEW JERSEY IN THE INTEREST OF D. S., JUVENILE-APPELLANT.

Argued October 10, 1973—Decided October 23, 1973.

Mr. *David R. Arrajj,* Assistant Deputy Public Defender, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney; *Mr. William E. Norris,* Assistant Deputy Public Defender, of counsel, *Mr. David R. Arrajj,* on the brief.

Mr. *Kenneth Ply,* Assistant Prosecutor, argued the cause for State of New Jersey, (*Mr. Joseph P. Lordi,* Essex County Prosecutor, attorney.)

PER CURIAM. The judgment of the Appellate Division is reversed essentially for the reasons given by Judge Botter in his dissenting opinion, reported at 125 *N. J. Super.* 278 (App. Div. 1973).

*For reversal*—Justices JACOBS, SULLIVAN, PASHMAN and CLIFFORD, and Judge CONFORD—5.

*For affirmance*—None.